UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:19CR130-PPS/APR |
| LAVONYA BANKS, | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Lavonya Banks' request to enter a plea of guilty to Count 1 of the Superceding Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 211.] Following a hearing on the record on April 26, 2021 [DE 213], Judge Rodovich found that defendant understands the charges, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties waived any objections to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Lavonya Banks' plea of guilty, to which any objections were waived, the Court hereby ADOPTS the findings and recommendation [DE 213] in their entirety.

Defendant Lavonya Banks is adjudged GUILTY of Count 1 of the Superseding Indictment, a charge of conspiracy to distribute and possess with intent to distribute heroin and ccocaine base, while having a prior final felony drug offense conviction, in violation of 21 U.S.C. §§846 and 851.

The sentencing hearing is set for July 30, 2021 at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: April 28, 2021.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE